

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In Re: Arthur Chandler

Original Mandamus Proceeding

No. 06-12-00114-CV

Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

    As stated in the Court's opinion of this date, we find that Relator's petition for writ of mandamus should be conditionally granted. The writ will issue only if the trial court fails to comply within twenty days of the date of this opinion.

RENDERED JANUARY 10, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk